IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERNADEAN TWONS,

    Plaintiff,

v.                                                        CASE NO. 4:04-cv-00328-MP-AK

JO ANNE BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that Defendant's motion to remand be granted and this cause remanded to the Commissioner for further proceedings. The time for objections has passed and none have been filed. Because the defendant has consented to a remand for the entry of an award of benefits, the Report and Recommendation is adopted and this matter remanded to the Commissioner for further proceedings.

**DONE AND ORDERED** this *22nd* day of June, 2005

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge